IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER CHARLES LANIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:04-cv-00209-IPJ-JEO |
| | ) |
| MORGAN COUNTY COMMISSION, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM OPINION

The magistrate judge filed a Report and Recommendation on February 15, 2007, recommending that the defendants' motions for summary judgment be granted as to the plaintiff's Eighth Amendment claims of failure to protect against Defendants Myra Yates, Rodney McCutcheon, Ty Klocek, and Kristen Hale as well as his Eighth Amendment claim of denial of medical care against Defendant Cathy Mullins and that those claims be dismissed. (Doc. 107). It was further recommended that the defendants' motions for summary judgment be denied as to the plaintiff's Eighth Amendment claim of failure to protect against Defendant Michael Wilson. (Doc. 107). The parties were allowed fifteen (15) days in which to file written objections to the magistrate judge's recommendation. The plaintiff requested and was granted an extension until March 9, 2007, to file objections. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the magistrate judge's report is due to be adopted and the magistrate judge's recommendation accepted. The court expressly finds that there are no genuine issues of material fact with regard to the plaintiff's

Eighth Amendment claims of failure to protect against Defendants Yates, McCutcheon, Klocek, and Hale; there are no genuine issues of material fact with regard to the plaintiff's Eighth Amendment claims of denial of medical care against Defendant Mullins; and, that all of the defendants except Officer Michael Wilson are entitled to judgment as a matter of law.  The defendants' motions for summary judgment are therefore due to be granted in part and denied in part.  Specifically, the motions are due to be granted as to all the defendants and all claims except the plaintiff's Eighth Amendment failure to protect claim against Defendant Michael Wilson.  All claims against all the defendants other than the Eighth Amendment failure to protect claim against Defendant Michael Wilson are due to be dismissed with prejudice.  Finally, the motion is due to be denied as to the plaintiff's Eighth Amendment failure to protect claim against Defendant Officer Michael Wilson.

**DATED,** this 16th day of March, 2007.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE